# EXHIBIT A

BMW dealer  Brochures  Corporate/Direct Sales  Shop  BMW Financial Services  Used Automobiles  Search  OK

Home  1  2  3  4  5  6  7  X  Z4  BMW M  BMW i  BMW Owners  BMW Insights

The international BMW website

BMW Sheer Driving Pleasure

BMW Technology Guide

Overview
A-Z index
Search topics



## Soft close automatic.

Effortless and quiet: soft close automatic ensures that the doors of your BMW are securely closed with a minimum of exertion and without unpleasant noise.

In tight parking spaces or whenever a gentle closing of the door is appreciated, soft close automatic provides a helping hand: simply push the door until it is almost closed. When the door is within approximately 6 mm of the lock, a sensor activates an electric motor that pulls the door firmly and quietly closed and secures it. The components of the door locks are automatically returned to their original position.
The door can be opened again at any time. The soft close automatic process is also run whenever the door is manually closed, to ensure the door is properly shut.

**Related topics**

Car memory/key memory
Comfort access system

Contact  Internet connections  Sitemap  Legal disclaimer / imprint  Modem/ISDN content

Share