# EXHIBIT B

# Blast: cut off the woman's finger in a car door in minutes with automatic - photo

2016 nov. 4 18:56



The soft close is primarily a faint flapping free ajtóbecsukást implemented, but it is dangerous for the electric motor performing indentation strength and speed



Newspapers published information

The doors are equipped with automatic feeder interspersed with some careless or cause permanent injury.

"A finger joint thing of the past" - Kordula says Schweineberg whose Soft-Close function BMW 520d-je was practically amputated the finger joint. The 56-year-old Kordula just got out of his car, pack out and reaching behind his back, his hand on the doorknob still reached back door open. But so simple're willing to pay a high price because of the strong electric motor pulled the door open a crack, which caused a sudden sharp pain to the owner.



"Még manapság is érzek fájdalmat a hüvelykujjamban" - Kordula Schweineberg (56, BMW 520d tulajdonos) "Even today I feel pain in my thumb" - Kordula Schweineberg (56, BMW 520d owner)

The stabbing pain in his 600 Nm (approx. 61 kg pulling power) caused by working with Soft-Close doors, which **seriously disrupted the thumbs up.** Kordula shock has led to home, where her husband immediately transported to a nearby hospital, which was carried on a kézspecialistához another hospital. The result is amputation of the last knuckle, the damaged part because they could not save their doctors. "Even today there are fantomfájásaim, the loss of part of the thumb is hampered by a number of previously seemingly simple and instinctive thing," - said the proprietress BMW.



Amputálták: Kordula Schweineberg asszony ujjpercét már nem tudták megmenteni, ennyi maradt a hüvelykujjából Amputated Ms Kordula phalanx of Schweineberg they could not save him, all that's left of hüvelykujjából

Similar accidents not only for BMW, posts are threatened, but all motorists with Soft-Close function. **The existence of komfortbecsukási option certainly require extra attention,** especially the children may need to be easy to thin fingers, or stay there the door is closed. Of course, not isolated cases, Thorsten Poppen such as the BMW X5 Oseva cars modeled one of his friends, the long journey they stopped at a restaurant, had lunch and then during the boarding procedure the door pulled slightly shifted, one hand was still on the column, where it rested. However, the Soft Close has also entered into action, and smashed his finger. Thorsten in shock from the pain, and briefly lost consciousness too. "It is clear that as long as the Soft Close door-pull mechanics does not act as a barrier sensor program - just like the electric ablakokat-, while a similar **accident can occur to anyone,"** - says the 49-year-old Thorsten Poppen.



„Amíg ilyen Soft-Close funkciós autók vannak a piacon, addig ehhez hasonló balesetke bárkivel előfordulhatnak" - Thorsten Poppen (49, BMW X5 tulajdonos) "Until such Soft-Close-functional cars on the market, while a similar balesetke occur to anyone" - Thorsten Poppen (49, BMW X5 owners)

And these are not individual, isolated cases, Bentley is also involved in Europe's two-registered Close accident. The problem is that such systems do not have the obstacle detection function, as soon as the doors are close to the frame, feeds the electric motor. If we are sufficiently vigilant and nimble, the first tenth of a second of the procedure can still sliding your finger but a whisker later, he lost it. Car owners may request that the Dealership to deactivate Soft-Close ajtóbehúzást - now the AutoBild experts also recommend this.



Ceruza, vagy minikolbászrúd sem kihívás, a Soft-Close ajtókhoz egyelőre nincs akadály esetén vészleállító rendszer Pencil or minikolbászrúd not challenge the Soft-close doors for the time being there is no obstacle in case of an emergency stop system

**Mini Sausage and pencil test: injury moments**

The doors connected drives roughly twice as powerful as the electric windows. A thinner kolbászrudacskát easily szétroncsol a tensile force of about 60 kilograms, as the pencil is breaking loose. The emergency stop function are missing because they are simply too small for the handling distance, virtually launching the indentation at the moment has come to an end also to the process itself, neither the time nor the place does not halt.

MJ

https://translate.google.com/translate?hl=en&sl=hu&u=http://www.blikk.hu/auto/garazs/el-a-kezekkel-a-soft-close-funkcios-ajtoktol/fjdg02l&prev=search