# EXHIBIT C

# BMW



November 7, 2016

A. Cohen Law Firm, PC
Mr. Avi Cohen
11 Sunrise Plaza, Suite 300
Valley Stream, NY 11580

Re: Your Client:     Godwin Boateng
    Vehicle:          2013 X5 xDrive35i Sport
    VIN:              0G50033

Dear Mr. Cohen,

As you know, BMW of North America, LLC ("BMW NA"), inspected your client's vehicle August 22, 2016, at Rallye BMW in Westbury, NY. The inspection was performed by our Product Analysis Specialist and the results were reviewed by our National Engineering Group.

At the time of the inspection the vehicle showed no damage. Close examination of the body panel gaps at each door revealed no defects, and all door latches, locks and hinges appeared to be fitted properly. At each door, the distance at which the soft-close system engages was consistent with design specifications.

The purported circumstances of the incident including how the door was closed and where Mr. Boateng's thumb was placed were not provided. However, the inspection confirmed that the driver's door would not close without being pushed.

Based on these results, we are technically confident that there were no faults, defects or malfunctions present in the vehicle's soft-close system at the time of our inspection. Accordingly, BMW NA cannot accept responsibility for any damage, injury or loss associated with the incident that occurred on or about July 6, 2016.

Kind regards,

Jay L. Hanson
Executive Customer Assistance Manager

Company
BMW of North America, LLC

Postal Address
PO Box 1227
Westwood, NJ
07675-1227

Office Address
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7739

Telephone
Switchboard
201-307-4000

Fax
201-307-4095

Website
www.bmwusa.com