UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GODWIN BOATENG,

        Plaintiff,

v.

BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT a German
Corporation, BMW OF NORTH AMERICA, LLC,
BMW MANUFACTURING COMPANY, LLC,
BMW OF NORTH AMERICA, INC.
BMW GROUP, INC., BMW (US) HOLDING
CORP., and KIEKERT AG,

        Defendants.

---------------------------------------------------------------x

Case No.: 2:17-cv-00209

**STIPULATION OF
VOLUNTARY DISMISSAL
OF CLAIMS AGAINST
DEFENDANT KIEKERT AG
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

Hon. Kiyo A. Matsumoto

    IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that the plaintiff's claims against defendant Kiekert AG are hereby

dismissed without prejudice.

So Ordered: s/ Kiyo A. Matsumoto

Kiyo A. Matsumoto  03/12/20
U.S. District Judge

Dated: New York, New York
      March 13, 2020

BUTZEL LONG, P.C.

_____
Joshua E. Abraham
477 Madison Ave., Suite 1230
New York, New York 10022
(646) 245-6710

*Counsel for Defendant
Kiekert AG*

A. COHEN LAW FIRM, P.C.

_____
Avinoam Cohen
11 Sunrise Plaza, Suite #304
Valley Stream, New York 11580
(516) 341-7770

*Counsel for Plaintiff
Godwin Boateng*